# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EUGENE FORREST, III

NO. 2021 KW 0834

**OCTOBER 5, 2021**

---

In Re:    Eugene Forrest, III, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3934-F-2019.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** See Uniform Rules of Louisiana Courts of Appeal, Rules 2-13, 4-3 & 4-5(C)(8), (10), & (11).

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT